# EXHIBIT A

Check Services
2905 Jordan Court Suite B205
Alpharetta, GA 30004

Phone: 888-583-5121

February 20, 2012

Melanie Adkins

```
CREDITOR ...............: Advanced America
ACCOUNT# ................:  72737
BALANCE ..................:$0
```

   This letter is to confirm that the account listed above has been settled in full with a zero balance. Let the record state that the above consumer is released from any legal obligation concerning this account.

Please contact our office for additional information and/or verification of this debt. This notice becomes void if payment is reversed.

Sandra Adams
Legal Assistant
Check Services
The Fair Dept Collection Practices Act mandates that we advise you of the following:
   THIS COMMUNICATION IS FROM A DEBT COLLECTOR. UNLESS YOU NOTIFY US IN WRITING WITHIN 30 DAYS AFTER RECEIPT OF THIS LETTER THAT THE VALIDITY OF THIS DEBT OR ANY PORTION OF IT IS DISPUTED, WE WILL ASSUME THAT THE DEBT IS VALID. IF YOU DO NOT NOTIFY US OF A DISPUTE, WE WILL OBTAIN VERIFICATION OF THE DEBT AND MAIL IT TO YOU. ALSO UPON YOUR WRITTEN REQUEST WITHIN 30 DAYS WE WILL PROVIDE YOU WITH THE NAME AND ADDRESS OF THE ORIGINAL CREDITOR IF DIFFERENT FROM THE CURRENT CREDITOR. THIS IS AN ATTEMPT TO COLLECT A DEBT, AND ALL INFORMATION OBTAINED WILL BE USED FOR SUCH PURPOSES.